UNITED STATE DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| Ercor Corporation F/K/A<br>McDaniel Fire Systems, Inc.<br><br>       Plaintiff,<br><br>vs.<br><br>Northern Building Co.,<br><br>       Defendant. | Court File No. 09 C 3320<br>Judge: Suzanne B. Conlon<br><br>**DECLARATION OF JOSHUA P. BROTEMARKLE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR AN AWARD OF EXPENSES** |

---

STATE OF MINNESOTA   )
                               ) ss.
COUNTY OF HENNEPIN   )

Declarant, after swearing to tell the truth states as follows:

     1.     I am one of the Attorneys representing Ercor Corporation F/K/A McDaniel Fire Systems in the above-captioned proceeding.

     2.     I make this declaration in support of the Plaintiff's motion to compel discovery and for an award of expenses.

     3.     Attached as Exhibit A is true and correct copy of Plaintiff's First Set Interrogatories to Defendant Northern Building Co.

     4.     Attached as Exhibit B is a true and correct copy of Plaintiff's First Set of Requests for Production of Documents to Defendant Northern Building Co.

     5.     Attached as Exhibit C is a true and correct copy of Defendant Northern Building Companies' Answers to Plaintiff's Interrogatories and Requests for Documents.

     6.     Attached as Exhibit D is a true and correct copy of the December 28, 2009 letter from Joshua P. Brotemarkle to Michael R. Behan.

7. Attached as Exhibit E is a true and correct copy of the January 6, 2010 letter from Joshua P. Brotemarkle to Michael R. Behan.

8. Attached as Exhibit F is a true and correct copy of the January 14, 2010 letter from Rachael J. Abrahamson to Michael R. Behan.

9. We received Northern Building Co.'s production of documents on December 28, 2009.

10. Northern Building Co. failed to produce any documents responsive to McDaniel's Request Nos. 2, 3, 4, 5 and 15. In fact, Northern's document production consisted of a stack of documents approximately an inch thick that contained mostly contract specifications. Northern produced no financial records, no canceled checks, no pay applications, no change order requests, and no invoices from McDaniel.

11. In addition to the letters attached as Exhibits D, E and F to this Affidavit, I attempt to resolve this discovery dispute by contacting Michael R. Behan, Northern Building Co.'s counsel, by telephone on January 27th, January 28th and February 1st. I left voicemail messages for Mr. Behan on each of these occasions and as of today's date I have received no response to either my letters or my messages.

Further declarant sayeth not.

/s/J.P. Brotemarkle_____
Joshua P. Brotemarkle

2