## HOGMAN

| | |
|---|---|
| **From:** | Greg Mittelstadt [gmittelstadt@mcdanielfire.com] |
| **Sent:** | Friday, May 02, 2008 5:29 PM |
| **To:** | flyinghogman@chartermi.net |
| **Subject:** | Midway Airport - ATCT Proposal |

Any questions please call.

Good Luck!

**Gregory W. Mittelstadt**
Account Representative
McDaniel Fire Systems - Chicago
Phone: 630-617-2985 (ext.6016)
Fax: 630-617-2985
Cell: 219-242-0216
www.mcdanielfire.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein.

5/3/2008

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your system. We reserve the right to take any action necessary to protect the information contained herein.

**From:** Ryan Casper
**Sent:** Tuesday, January 06, 2009 10:53 AM
**To:** Barry Combs
**Subject:** RE: Aurora MFS# 14-02048

I apologize for the delay!

**Ryan Casper**
Alarm & Detection Designer-Commercial
McDaniel Fire Systems
1055 W Joliet Rd.
Valparaiso, Indiana 46385
Phone: 219-548-5213
Cell: 219-670-3044
rcasper@mcdanielfire.com

🌿 Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein.

**From:** Ryan Casper
**Sent:** Friday, December 19, 2008 11:41 AM
**To:** flyinghogman@charterm.net; Barry Combs
**Subject:** Aurora MFS# 14-02048

Tom,

When I was doing a walk through with the field personnel from Rex, we found a few discrepancies.

- There are no detectors in the mechanical room or electrical room. Specification doesn't say we have to.
- There are (6) duct detectors when we thought there was only (5).
- There isn't a 4' clearance for the cable chase between the link and the tower
- There is only one pathway up to the penthouse. Class A would not be met here.
- There are existing smoke detectors in the stairwells of the tower.
- In room B07, FAA now wants a visual device located in there.

If you could help me out on these issues, that would be great.

Thanks

**Ryan Casper**
Alarm & Detection Designer-Commercial
McDaniel Fire Systems
1055 W Joliet Rd.

1/7/2009

Valparaiso, Indiana 46385
Phone: 219-548-5213
Cell: 219-670-3044
rcasper@mcdanielfire.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein.

1/7/2009

HOGMAN

| | |
|---|---|
| **From:** | Barry Combs [bcombs@mcdanielfire.com] |
| **Sent:** | Tuesday, January 06, 2009 12:35 PM |
| **To:** | Thomas Vanduinen |
| **Cc:** | Ryan Casper |
| **Subject:** | RE: Aurora MFS# 14-02048 |

Thomas,
A few other things I need to mention and expano upon:

The plans do not call out for the preation systems to be monitored. The specifications do not specifically address this issue either. I recommend that these systems be monitored, unless there is going to be an alternate means for this to be accomplished. Monitoring of these systems would require the addition of a dual monitor module at each preaction valve.

The specifications indicate that the generator backup is to be monitored if it is to be used as the secondary backup to the fire panel. The bid plans did not show monitoring of the generator. Since the fire panel has been designed with the appropriate battery backup, can we assume that the generator backup is not going to be considered as part of the secondary power for the fire panel, but instead we will be using the battery backup in the fire panel, and that being the reason for the plans not showing the generator being monitored?

Concerning the mechanical/electrical rooms; the specifications only give direction as to the type of detector that should be used if a detector is installed in these rooms. Again, the prints did not show a detector in some of the mechanical/electrical rooms. We just want to make sure that this is in fact the situation and that the customer is not expecting devices in these rooms.

Concerning the smokes in the stairwells: Does the customer want these to be demoed out or replaced with new? Since the detectors are existing, the cost would be minimal for the EC to remove and replace, and there would be a cost for the new devices.

The 4' clearance in the link is not enough to meet the class "A" requirements as per the specifications.

Per the route up to the penthouse and the issue with class "A" ; since there is only 1 device type for each installed device, and since the penthouse is at the end of the class "A" circuit, a break in the wire would only effect the single penthouse device for each device type. The remaining devices in the building would continue to operate. This being the case, the Class "A" function is not really affected, and the fact that the wiring is looped in the same conduit becomes a non issue. This is no different than a wire looped in and out of a smoke detector with a single conduit on a class "A" system.

We will install the AV device as directed, as the specifications do spell out that certain rooms require notification.

Regards.

**Barry Combs**
Operations/Senior Project Manager
McDaniel Fire Systems -NW Indiana
1055 W. Joliet Rd.
Valparaiso, Indiana 46385
Direct: 219-548-5109
Mobile: 219-916-2817
Fax: 219-548-5162
www.mcdanielfire.com

HOGMAN

| | |
|---|---|
| **From:** | Barry Combs [bcombs@mcdanielfire.com] |
| **Sent:** | Friday, February 06, 2009 5:20 PM |
| **To:** | Steve Hubick; HOGMAN |
| **Cc:** | Les Perino |
| **Subject:** | RE: Midway Tower Fire Life Safety |

done

**Barry Combs**
Operations/Senior Project Manager
McDaniel Fire Systems -NW Indiana
1055 W. Joliet Rd.
Valparaiso, Indiana 46385
Direct: 219-548-5109
Mobile: 219-916-2817
Fax: 219-548-5162
www.mcdanielfire.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your system. We reserve the right to take any action necessary to protect the information contained herein.

**From:** Steve Hubick
**Sent:** Friday, February 06, 2009 12:31 PM
**To:** HOGMAN
**Cc:** Les Perino; Barry Combs
**Subject:** RE: Midway Tower Fire Life Safety

Tom....You're Welcome!

Barry.....Please let Rex know they can work directly with Tom, Northern Building Co., on the stair heater work.

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]
**Sent:** Friday, February 06, 2009 12:08 PM
**To:** Steve Hubick
**Subject:** RE: Midway Tower Fire Life Safety

Thank you Steve
Please let Rex Electric know.
I am still hopeful that we can yet arrive at some solution we can all live with

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

**From:** Steve Hubick [mailto:shubick@mcdanielfire.com]
**Sent:** Friday, February 06, 2009 12:16 PM
**To:** HOGMAN
**Cc:** Les Perino; Barry Combs
**Subject:** RE: Midway Tower Fire Life Safety

Tom,

In the interest of helping you complete this project; you may use Rex and pay them directly. McDaniel's position regarding these stair heaters has not changed and we will not commission these systems until we resolve the issue to the satisfaction of McDaniel.

We are not pulling off the project.

Sincerely,

Steve Hubick
President
McDaniel Fire Systems

Direct:219-548-5224
Cell:219-263-9213
www.mcdanielfire.com

CONFIDENTIAL NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein.

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]

2/7/2009

**Sent:** Friday, February 06, 2009 10:36 AM
**To:** Steve Hubick
**Subject:** RE: Midway Tower Fire Life Safety

Steve
I will pay Rex directly but I can not agree to anything regarding McDaniels
Having Rex do the work might be the lowest cost option since they are on site.
Getting the project completed and avoiding LD's is the main focus
We will then have more time to work on our differences.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

**From:** Steve Hubick [mailto:shubick@mcdanielfire.com]
**Sent:** Friday, February 06, 2009 11:22 AM
**To:** HOGMAN
**Cc:** Les Perino; Barry Combs
**Subject:** RE: Midway Tower Fire Life Safety

Tom,

If we have an agreement that you will pay them direct and not back charge McDaniel for this work, then yes we
would allow you to contract directly with Rex.

Sincerely

Steve Hubick
President
McDaniel Fire Systems

Direct:219-548-5224
Cell:219-263-9213
www.mcdanielfire.com

CONFIDENTIAL NOTICE: This email and any attachments are for the exclusive and confidential use of the
intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance
upon this message. If you have received this in error, please notify us immediately by return email and promptly
delete this message and its attachments from your computer system. We reserve the right to take any action
necessary to protect the information contained herein.

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]
**Sent:** Friday, February 06, 2009 9:59 AM
**To:** Steve Hubick
**Subject:** RE: Midway Tower Fire Life Safety

2/7/2009

Steve
Will you allow Rex to contract directly with Northern for the stair heaters?

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

**From:** Steve Hubick [mailto:shubick@mcdanielfire.com]
**Sent:** Friday, February 06, 2009 9:26 AM
**To:** HOGMAN
**Cc:** Les Perino; Barry Combs
**Subject:** RE: Midway Tower Fire Life Safety

Tom,

Our proposal and contract is clear regarding the "Fire Life Safety" scope of work included. The stair heaters have absolutely nothing to do with the Fire Life Safety system and are considered "General Construction" work which should have been included in your scope, either directly or through another subcontractor. McDaniel Fire Systems is a Fire Life Safety company, not a General Contractor.

If you intend to hold McDaniel liable for the installation of the stair heaters, we will seek relief as provided for in the contract documents

Sincerely,

Steve Hubick
President
McDaniel Fire Systems

Direct:219-548-5224
Cell:219-263-9213
www.mcdanielfire.com

CONFIDENTIAL NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein.

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]
**Sent:** Friday, February 06, 2009 7:57 AM
**To:** Steve Hubick
**Cc:** VanDuinen Tom SR
**Subject:** Midway Tower Fire Life Safety

2/7/2009

H. Steve

I spoke with Barry and Les yesterday February 5, 2009 regarding the stair heaters and other issues.
Unless I receive written confirmation by February 10, 2009 that McDaniel Fire intends to complete this work, I will
have the work completed by someone else.

If you have any questions or need any additional information, please do not hesitate to contact me.  Thank you.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

2/7/2009

HOGMAN

| | |
|---|---|
| **From:** | Steve Hubick [shubick@mcdanielfire.com] |
| **Sent:** | Friday, February 06, 2009 1:31 PM |
| **To:** | HOGMAN |
| **Cc:** | Les Perino; Barry Combs |
| **Subject:** | RE: Midway Tower Fire Life Safety |

Tom:.....You're Welcome!

Barry ....Please let Rex know they can work directly with Tom, Northern Building Co., on the stair heater work.

Thanks,

Steve Hubick
President
McDaniel Fire Systems

Direct:219-548-5224
Cell:219-263-9213
www.mcdanielfire.com

CONFIDENTIAL NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein.

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]
**Sent:** Friday, February 06, 2009 12:08 PM
**To:** Steve Hubick
**Subject:** RE: Midway Tower Fire Life Safety

Thank you Steve
Please let Rex Electric know
I am still hopeful that we can yet arrive at some solution we can all live with.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

**From:** Steve Hubick [mailto:shubick@mcdanielfire.com]
**Sent:** Friday, February 06, 2009 12:16 PM

2/7/2009

**To:** HOGMAN
**Cc:** Les Perino; Barry Combs
**Subject:** RE: Midway Tower Fire Life Safety

Tom,

In the interest of helping you complete this project, you may use Rex and pay them directly. McDaniel's position regarding these stair heaters has not changed and we will not commission these systems until we resolve the issue to the satisfaction of McDaniel.

We are not pulling off the project

Sincerely,

Steve Hubick
President
McDaniel Fire Systems

Direct:219-548-5224
Cell:219-263-9213
www.mcdanielfire.com

CONFIDENTIAL NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein.

---

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]
**Sent:** Friday, February 06, 2009 10:36 AM
**To:** Steve Hubick
**Subject:** RE: Midway Tower Fire Life Safety

Steve
I will pay Rex directly but I can not agree to anything regarding McDaniels
Having Rex do the work might be the lowest cost option since they are on site.
Getting the project completed and avoiding LD's is the main focus
We will then have more time to work on our differences.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

**From:** Steve Hubick [mailto:shubick@mcdanielfire.com]
**Sent:** Friday, February 06, 2009 11:22 AM
**To:** HOGMAN

2/7/2009

**Cc:** Les Perino; Barry Combs
**Subject:** RE: Midway Tower Fire Life Safety

Tom,

If we have an agreement that you will pay them direct and not back charge McDaniel for this work, then yes we would allow you to contract directly with Rex.

Sincerely

Steve Hubick
President
McDaniel Fire Systems

Direct:219-548-5224
Cell:219-263-9213
www.mcdanielfire.com

CONFIDENTIAL NOTICE. This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein.

---

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]
**Sent:** Friday, February 06, 2009 9:59 AM
**To:** Steve Hubick
**Subject:** RE: Midway Tower Fire Life Safety

Steve
Will you allow Rex to contract directly with Northern for the stair heaters?

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

---

**From:** Steve Hubick [mailto:shubick@mcdanielfire.com]
**Sent:** Friday, February 06, 2009 9:26 AM
**To:** HOGMAN
**Cc:** Les Perino; Barry Combs
**Subject:** RE: Midway Tower Fire Life Safety

Tom,

Our proposal and contract is clear regarding the "Fire Life Safety" scope of work included. The stair heaters have absolutely nothing to do with the Fire Life Safety system and are considered "General Construction" work which

2/7/2009

should have been included in your scope, either directly or through another subcontractor. McDaniel Fire Systems is a Fire Life Safety company, not a General Contractor.

If you intend to hold McDaniel liable for the installation of the stair heaters, we will seek relief as provided for in the contract documents.

Sincerely,

Steve Hubick
President
McDaniel Fire Systems

Direct:219-548-5224
Cell:219-263-9213
www.mcdanielfire.com

CONFIDENTIAL NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein.

---

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]
**Sent:** Friday, February 06, 2009 7:57 AM
**To:** Steve Hubick
**Cc:** VanDuinen Tom SR
**Subject:** Midway Tower Fire Life Safety

Hi Steve

I spoke with Barry and Les yesterday February 5, 2009 regarding the stair heaters and other issues.
Unless I receive written confirmation by February 10, 2009 that McDaniel Fire intends to complete this work, I will have the work completed by someone else.

If you have any questions or need any additional information, please do not hesitate to contact me.  Thank you.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

2/7/2009

**HOGMAN**

| | |
|---|---|
| From: | HOGMAN [flyinghogman@chartermi.net] |
| Sent: | Thursday, February 05, 2009 9:03 AM |
| To: | 'Steve Hubick' |
| Subject: | Midway Tower Fire Life Safety |

Hi Steve

Attached is the section of the spec's requiring a NICET person to supervise System layout, Configuration, Installation. .....
During various conversations and at the last meeting It was expressed that the NICET did not need to be present all the time during the installation but need to supervise at least 1 to 2 times per week to insure the layout, configuration and installation were in accordance with the requirements.

I am also attaching a copy of the "Project Description". Please read the highlighted section as I think this should clear up some issues.

I am attaching the final results of Tom Allen's site visits and subsequent changes to the project.
Please provide a detailed cost breakdown for these changes as soon as possible so that a change order may be issued and the project can move forward.

As a general note; the owner in becoming increasingly frustrated with the lack of support and "stonewalling" on this project. They are concerned that the project will not be completed on time even given the extension of time at the last meeting. I do not need to remind you that an unhappy customer is much pickier that a happy customer.

Please get back to me as soon as possible.

Thank you

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

2/5/2009

## HOGMAN

| | |
|---|---|
| **From:** | Ryan Casper [rcasper@mcdanielfire.com] |
| **Sent:** | Thursday, October 16, 2008 10:20 AM |
| **To:** | flyinghogman@chartermi.net |
| **Cc:** | Les Perino; Greg Mittelstadt; Barry Combs |
| **Subject:** | Midway Tower Change Order |

Tom,

When reviewing the plans, you will see that there are (5) five additional visual devices that have been added per FAA request. These were added in, with reference to the code NFPA 72. Within NFPA 72 it is noted that, "visible notification devices shall be located not more than 15 ft from the end of the corridor." In order to abide by this code, we had to add additional devices, which the FAA is wanting us to do. For each visual device, it is an additional $499. To add (5) five with tax, the total comes to $2,669.65 that will need to be addressed in a change order. If you have any questions or concerns, please let me know.

Thanks,

**Ryan Casper**
Alarm & Detection Designer-Commercial
McDaniel Fire Systems
1055 W Joliet Rd.
Valparaiso, Indiana 46385
Phone: 219-548-5213
Cell: 219-670-3044
rcasper@mcdanielfire.com

10/17/2008

HOGMAN

| | |
|---|---|
| **From:** | Barry Combs [bcombs@mcdanielfire.com] |
| **Sent:** | Friday, January 23, 2009 6:31 PM |
| **To:** | HOGMAN |
| **Subject:** | RE: Midway Tower |



certified payroll.pdf
(341 KB)...

Ryan and I will be there, Rex PM will be there, and my NICET guy will be there. I will act as the sprinkler person.

Here is the certified payroll I have received to date. The fire alarm equipment was ordered last week. Next week would represent the normal lead time for the equipment to arrive. I plan getting most of it to the site before the end of the month.

Barry Combs
Operations/Senior Project Manager
McDaniel Fire Systems -NW Indiana
1055 W. Joliet Rd.
Valparaiso, Indiana 46385
Direct: 219-548-5109
Mobile: 219-916-2817
Fax: 219-548-5162
www.mcdanielfire.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your system. We reserve the right to take any action necessary to protect the information contained herein.

-----Original Message-----
From: HOGMAN [mailto:flyinghogman@chartermi.net]
Sent: Friday, January 23, 2009 7:02 AM
To: Barry Combs
Subject: RE: Midway Tower

Hi Barry

Tom Allen (FAA) and Sam Verma (Parsons) will be at Midway on Monday January
26 at 1:00PM.
Please plan to attend along with your NICET person and *Sprinkler person*.
REX Electric should have their project manager there as well.
Tom Allen and Same Verma should be able to answer the questions that we have.

Also, I have not received certified payrolls from REX Electric. *Parsons* will not release the partial payment until these are received.

When will the fire alarm equipment be on site? I can hold the next partial payment request for a few more days.

If you have any questions or need any additional information, please do not hesitate to contact me.  Thank you.

1

THOMAS VANDUINE
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

2

HOGMAN

| | |
|---|---|
| From: | HOGMAN [flyinghogman@chartermi.net] |
| Sent: | Friday, January 23, 2009 8:02 AM |
| To: | 'Barry Combs' |
| Subject: | RE: Midway Tower |

Hi Barry

Tom Allen (FAA) and Sam Verma (Parsons) will be at Midway on Monday January 26 at 1:00PM.
Please plan to attend along with your NICET person and Sprinkler person.
REX Electric should have their project manager there as well.
Tom Allen and Same Verma should be able to answer the questions that we have.

Also, I have not received certified payrolls from REX Electric. Parsons will not release
the partial payment until these are received.

When will the fire alarm equipment be on site? I can hold the next partial payment request
for a few more days.

If you have any questions or need any additional information, please do not hesitate to
contact me.  Thank you.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

1

**HOGMAN**

| | |
|---|---|
| From: | HOGMAN [flyinghogman@chartermi.net] |
| Sent: | Friday, January 16, 2009 10:51 AM |
| To: | 'Barry Combs' |
| Subject: | RE: Midway Tower Stairway Heaters |

Hi Barry

The stairway heaters as shown on plan page E001 Item 4 are part of the electrical package.
I have attached the approved submittals.
If you have any questions or need any additional information, please do not hesitate to contact me.  Thank you.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

**HOGMAN**

| | |
|---|---|
| **From:** | Steve Hubick [shubick@mcdanielfire.com] |
| **Sent:** | Thursday, February 19, 2009 10:18 AM |
| **To:** | HOGMAN |
| **Subject:** | RE: Midway Tower |

Tom,

Do you realize that we have not been paid 1 cent on this project? Just wanted you to know if we do not get paid all outstanding invoices by the end of next week.... nothing is going to happen March 9th!

Steve Hubick
President
McDaniel Fire Systems

Direct:219-548-5224
Cell:219-263-9213
www.mcdanielfire.com

CONFIDENTIAL NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein.

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]
**Sent:** Thursday, February 19, 2009 8:54 AM
**To:** Steve Hubick; Barry Combs
**Subject:** Midway Tower

The Battery test is scheduled to begin at 6PM March 9, 2009.
The Horn Strobe *test* is scheduled for March 10
All work will be complete to meet *these* dates.
The consequences for failure will be *dire*.
MAKE IT HAPPEN!!!

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

2/19/2009

**HOGMAN**

From:    HOGMAN [flyinghogman@chartermi.net]
Sent:    Thursday, February 19, 2009 4:53 PM
To:      McDaniels Barry Combs
Subject: Midway Tower

Hi Barry
One other item
Delete "Add Side Wall Sprinkler"  Plan page F009 item 4.
Let me know what the credit amount is.
Thanks

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

2/19/2009

**HOGMAN**

From:     Barry Combs [bcombs@mcdanielfire.com]
Sent:     Friday, January 30, 2009 1:20 PM
To:       HOGMAN
Subject:  RE: Midway project, Project description

Thomas,

Here is my last retort on this.

1. The "subcontractor" described in the PROJECT DESCRIPTION is not McDaniel, but Northern Builders. I think we both agree on that.
2. I 100% agree that the "subcontractor" is to include all the work per drawings, specifications, etc.

Attached is the **signed proposal** from McDaniel to Northern Builders which describes the work McDaniel committed to, and thusly, the work that Northern agreed that McDaniel was to provide.   In Large bold letters, McDaniel specifics we will provide the following sections as described in the **PROJECT DESCRIPTION** (page 2 of 3)

Electrical
Fire Protection
Fire Alarm System.

Here is what page 2 of 3 indicates for the electrical scope-

1. Provide emergency power circuits as required to the new fire alarm system.
2 Replace existing emergency lights with new high efficiency emergency lights with battery packs as shown on the drawings. Also, remove existing exit signs and provide new high efficiency exit signs as shown on the drawings.
3. Provide new high efficiency emergency lights with battery battery packs and exit signs as shown on the drawings.

END OF SECTION (not written on the page).

This alone is enough to bind my scope with Northern. All the other points I brought out previously can only be used to further support my position. Therefore, it is not an accurate to state that if Northern has the work, McDaniel has the work. Nor is it an accurate statement that McDaniel has all the electrical. Since the heaters were so blaring obvious to install (as pointed out to me), and our scope is very specific as to what we were going to provide (and bolded in our proposal), I pose the question to Northern that has been posed to McDaniel; why didn't Northern request a clarification of our scope to include the heaters before agreeing to McDaniel's scope of work and price?

I appreciate that you may have overlooked this and that the cost was not included in your bid to Parsons.  But I am becoming very uncomfortable with how this is being pushed onto McDaniel when everything indicates otherwise.  McDaniel did not try and slip anything past Northern, and tried to be as clear, up front and specific as is possible in our scope. Greg believed in building relationships, so he always tried to be as clear as possible whenever he bid his work. I suppose he could have typed out exactly what he was providing on the proposal, but he did bold out the wording and made a specific reference to what he was providing so it could be up front and obvious and open to review.

I will be happy to work with Northern to help them with the heaters and I will get REX electric to forward a proposal upon your request. I suggest that this goes forward as soon as possible.

1/31/2009

Sincerely,

**Barry Combs**
Operations/Senior Project Manager
McDaniel Fire Systems -NW Indiana
1055 W. Joliet Rd.
Valparaiso, Indiana 46385
Direct: 219-548-5109
Mobile: 219-916-2817
Fax: 219-548-5162
www.mcdanielfire.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your system. We reserve the right to take any action necessary to protect the information contained herein.

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]
**Sent:** Friday, January 30, 2009 7:41 AM
**To:** Barry Combs
**Subject:** RE: Midway project, Project description

Hi Barry

Attached is requested "project description"
Please read Sec 2.0 (clouded).

Ryan called and said the fire alarm equipment should be on site today
I am including it in the pay request.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

**From:** Barry Combs [mailto:bcombs@mcdanielfire.com]
**Sent:** Thursday, January 29, 2009 8:37 AM
**To:** HOGMAN
**Cc:** Sam.CTR.Verma@faa.gov; Ryan Casper
**Subject:** Midway project, Project description

Tom
There was a project description included with the bid documents for the Midway project, and I need to request a copy of the project description, as I have been unable to locate my copy nor the transmittal that we received the copy. I am attaching the corresponding copy created for the Aurora project for your reference. Please let me know when I can expect this to arrive.

The parts for the fire alarm were ordered at the beginning of the month, and should be here any time.  Ryan

1/31/2009

Casper will call you with the status.


Regards,

**Barry Combs**
Operations/Senior Project Manager
McDaniel Fire Systems -NW Indiana
1055 W. Joliet Rd
Valparaiso, Indiana 46385
Direct: 219-548-5109
Mobile: 219-916-2817
Fax: 219-548-5162
www.mcdanielfire.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your system. We reserve the right to take any action necessary to protect the information contained herein.

1/31/2009

## HOGMAN

| | |
|---|---|
| **From:** | Barry Combs [bcombs@mcdanielfire.com] |
| **Sent:** | Thursday, March 12, 2009 8:42 AM |
| **To:** | flyinghogman@chartermi.net |
| **Subject:** | RE: Midway Airport startup |

It is now my understanding that the FAA representative has made additional changes to the job, and he announced that there would be no money forthcoming for any of them.  This concerns me because if the FAA does not pay, it limits Northern ability to pay. As I stated before, this was not a design build by McDaniel. McDaniel bid the work from the prints based on our proposed scope of work.  I have now tripled my tech time on the site because of all the changes of mind and changes of direction during the test (by the FAA) - causing the project to not be finished. I am aware of a couple of issues at the site relating to the installation (not the new work), one being that not all the points were received at the monitoring station.  I think had there not been so many delays and redo's during the test, all of the issues could have been addressed at that time, and in a normal 8 hr day. Of particular interest was the fact that everything stopped because a plane ran off the runway. Testing should have continued, or everyone should have been sent home. I was also informed that Mr. FAA would stop testing and read a book every time he had someone address a problem or work on a redo, or work on new work. That is not acceptable while I am incurring cost for two highly paid IBEW technicians to stand around. He should have directed the work and continued testing.

I am going to meet with REX and my tech to go over the delays and redo's as soon as possible. We need to meet to discuss the added work and overtime prior to doing any additional work. Charles was sick yesterday, so I do not know if he can be there today to address the monitoring issue and the door holder button.
Regards,


Barry Combs
Operations/Senior Project Manager
McDaniel Fire Systems -NW Indiana
1055 W. Joliet Rd.
Valparaiso, Indiana 46385
Direct: 219-548-5109
Mobile: 219-916-2817
Fax: 219-548-5162
www.mcdanielfire.com


CONFIDENTIALITY NOTICE: This email and any attachments are for the
exclusive and confidential use of the intended recipient. If you are not
the intended recipient, please do not read, distribute or take action in
reliance upon this message. If you have received this in error, please
notify us immediately by return email and promptly delete this message
and its attachments from your system. We reserve the right to take any
action necessary to protect the information contained herein.

---

**From:** flyinghogman@chartermi.net [mailto:flyinghogman@chartermi.net]
**Sent:** Thu 3/12/2009 6:00 AM
**To:** Barry Combs
**Cc:** flyinghogman@chartermi.net
**Subject:** Re: Midway Airport startup

My Position remains the same. We will discuss everything upon the completion of the project, which was to have been
complete and tested Fri March 6, 2009.
As of today March 12, 2009 there are still some problems with the system. McDaniel Fire is aware of these through your

3/14/2009

techs.

Tom
Northern Building Co.


---- Barry Combs <bcombs@mcdanielfire.com> wrote:
> Tom/Sam,
>
> Just as a reminder, per the direction of Steve Hubick, McDaniel has
> agreed not to hinder the progress of this project, but McDaniel cannot
> certify the commissioning of the system until all open issues are
> resolved.  This is the direction I have given to my technician.  Also, I
> have been in contact with my tech numerous times today, and it appears
> that there has been multiple redo's at the site, and much indecision by
> the FAA representative on what he wants, above and beyond the approved
> plans, which is dragging out the testing of this job. It has also been
> relayed to me that when the work for a change is being done (per the
> request of the FAA), that instead of continuing with the test in other
> areas, all forward progress is stopped until the issue is resolved.
>
>
> Also, here is a short list of some of the other items that will need to
> be addressed:
>
>
> *    Multiple reprogramming of the system (stair pressure fans) above
> and beyond the approved matrix.
> *    Rewiring the Viking panels to accommodate the supervisory
> switch.
> *    Loss of production while the FAA representative read a book
> after directing new work at the site - testing should have continued in
> other areas.
>
> *    For the rewire of the dampers tonight, REX electric had to send
> a service tech to finish this work. This work will be charged at the
> full overtime service  rate.
>
> *    For the return trip of the fitter, due to the pressure switch
> not resetting, this will be charged at the full overtime service rate
> (existing switch).
>
>
> It would be to everyone's best interest to meet as soon as possible to
> finalize these issues so that this job can be closed out.
>
>
>
>
> Regards,
>
> Barry Combs
>
> Operations/Senior Project Manager
>
> McDaniel Fire Systems -NW Indiana
>
> 1055 W. Joliet Rd.
>


3/14/2009

> Valparaiso, Indiana 46385
>
> Direct: 219-548-5109
>
> Mobile: 219-916-2817
>
> Fax: 219-548-5162
>
> www.mcdanielfire.com <http://www.mcdanielfire.com/>
>
>
>
>
> CONFIDENTIALITY NOTICE: This email and any attachments are for the
> exclusive and confidential use of the intended recipient. If you are not
> the intended recipient, please do not read, distribute or take action in
> reliance upon this message. If you have received this in error, please
> notify us immediately by return email and promptly delete this message
> and its attachments from your system. We reserve the right to take any
> action necessary to protect the information contained herein.
>
>

## HOGMAN

| | |
|---|---|
| **From:** | HOGMAN [flyinghogman@chartermi.net] |
| **Sent:** | Thursday, February 19, 2009 9:54 AM |
| **To:** | 'Steve Hubick'; McDaniels Barry Combs |
| **Subject:** | Midway Tower |

**Tracking:** **Recipient**    **Read**

'Steve Hubick'

McDaniels Barry Combs Read: 2/19/2009 9:55 AM

The Battery test is scheduled to begin at 6PM March 9, 2009.
The Horn Strobe test is scheduled for March 10
All work will be complete to meet these dates.
The consequences for failure will be dire.
MAKE IT HAPPEN!!!

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

3/16/2009

## HOGMAN

**From:** HOGMAN [flyinghogman@chartermi.net]
**Sent:** Friday, February 20, 2009 11:28 AM
**To:** Parsons Sam Verma
**Subject:** Midway Tower

Hi Sam
I have a meeting scheduled for 1:00 pm Monday (Rex could not make it in the morning)
Rex and McDaniel and myself will be there.
Rex is to install the phone conduit today
Gus just faxed me concerns Clint the safety person has with us working on top of the elevator and getting crushed.
I am not going to schedule the elevator work until we can get this resolved.
Thanks

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

3/16/2009

**HOGMAN**

| From: | HOGMAN [flyinghogman@chartermi.net] |
| Sent. | Friday, February 20, 2009 11:15 AM |
| To: | McDaniels Barry Combs |
| Subject: | Midway Tower Project |

Hi Barry
I have set up a meeting for Monday February 23, 2009 at 1:00PM
Sam Verma will be there along with myself and Mike Smith from Rex
.I would like you or some one from McDaniel to be there so we can make sure we are on track to be ready for the
start of the testing on March 9th
Also be sure to bring the monitoring agreement.
Thank you

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

3/16/2009

**HOGMAN**

| From: | HOGMAN [flyinghogman@chartermi.net] |
| Sent: | Friday, February 06, 2009 8:57 AM |
| To: | 'Steve Hubick' |
| Cc: | VanDuinen Tom SR |
| Subject: | Midway Tower Fire Life Safety |

Tracking: **Recipient**           **Read**

'Steve Hubick'

VanDuinen Tom SR Read: 2/6/2009 9:00 AM

Hi Steve

I spoke with Barry and Les yesterday February 5, 2009 regarding the stair heaters and other issues.
Unless I receive written confirmation by February 10, 2009 that McDaniel Fire intends to complete this work, I will have the work completed by someone else.

If you have any questions or need any additional information, please do not hesitate to contact me.  Thank you.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

3/16/2009

**HOGMAN**

| | |
|---|---|
| **From:** | Barry Combs [bcombs@mcdanielfire.com] |
| **Sent:** | Tuesday, March 10, 2009 6:12 PM |
| **To:** | HOGMAN; Sam.CTR.Verma@faa.gov |
| **Cc:** | Steve Hubick; Mike Smith |
| **Subject:** | Midway Airport startup |

Tom/Sam,

Just as a reminder, per the direction of Steve Hubick, McDaniel has agreed not to hinder the progress of this project, but McDaniel cannot certify the commissioning of the system until all open issues are resolved.  This is the direction I have given to my technician.  Also, I have been in contact with my tech numerous times today, and it appears that there has been multiple redo's at the site, and much indecision by the FAA representative on what he wants, above and beyond the approved plans, which is dragging out the testing of this job. It has also been relayed to me that when the work for a change is being done (per the request of the FAA), that instead of continuing with the test in other areas, all forward progress is stopped until the issue is resolved.

Also, here is a short list of some of the other items that will need to be addressed:

- Multiple reprogramming of the system (stair pressure fans) above and beyond the approved matrix.
- Rewiring the Viking panels to accommodate the supervisory switch.
- Loss of production while the FAA representative read a book after directing new work at the site - testing should have continued in other areas.
- For the rewire of the dampers tonight, REX electric had to send a service tech to finish this work. This work will be charged at the full overtime service  rate.
- For the return trip of the fitter, due to the pressure switch not resetting, this will be charged at the full overtime service rate (existing switch).

It would be to everyone's best interest to meet as soon as possible to finalize these issues so that this job can be closed out.

Regards,

Barry Combs

Operations/Senior Project Manager

McDaniel Fire Systems -NW Indiana

1055 W. Joliet Rd.

Valparaiso, Indiana 46385

3/13/2009

**HOGMAN**

**From:**   HOGMAN {flyinghogman@chartermi.net}
**Sent:**   Friday, February 06, 2009 8:57 AM
**To:**   'Steve Hubick'
**Cc:**   VanDuinen Tom SR
**Subject:** Midway Tower Fire Life Safety

Hi Steve

I spoke with Barry and Les yesterday February 5, 2009 regarding the stair heaters and other issues.
Unless I receive written confirmation by February 10, 2009 that McDaniel Fire intends to complete this work, I will
have the work completed by someone else.

If you have any questions or need any additional information, please do not hesitate to contact me.  Thank you.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

2/6/2009

HOGMAN

From:     Steve Hubick [shubick@mcdanielfire.com]
Sent:     Friday, February 06, 2009 9:26 AM
To:       HOGMAN
Cc:       Les Perino; Barry Combs
Subject:  RE: Midway Tower Fire Life Safety

Tom,

Our proposal and contract is clear regarding the "Fire Life Safety" scope of work included. The stair heaters have
absolutely nothing to do with the Fire Life Safety system and are considered "General Construction" work which
should have been included in your scope, either directly or through another subcontractor. McDaniel Fire Systems
is a Fire Life Safety company, not a General Contractor.

If you intend to hold McDaniel liable for the installation of the stair heaters, we will seek relief as provided for in
the contract documents.

Sincerely,

Steve Hubick
President
McDaniel Fire Systems

Direct:219-548-5224
Cell:219-263-9213
www.mcdanielfire.com

CONFIDENTIAL NOTICE: This email and any attachments are for the exclusive and confidential use of the
intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance
upon this message. If you have received this in error, please notify us immediately by return email and promptly
delete this message and its attachments from your computer system. We reserve the right to take any action
necessary to protect the information contained herein.

**From:** HOGMAN [mailto:flyinghogman@chartermi.net]
**Sent:** Friday, February 06, 2009 7:57 AM
**To:** Steve Hubick
**Cc:** VanDuinen Tom SR
**Subject:** Midway Tower Fire Life Safety

Hi Steve

I spoke with Barry and Les yesterday February 5, 2009 regarding the stair heaters and other issues.
Unless I receive written confirmation by February 10, 2009 that McDaniel Fire intends to complete this work, I will
have the work completed by someone else.

If you have any questions or need any additional information, please do not hesitate to contact me.  Thank you.

THOMAS VANDUINEN
NORTHERN BUILDING CO

2/6/2009

## HOGMAN

| | |
|---|---|
| **From:** | Barry Combs [bcombs@mcdanielfire.com] |
| **Sent:** | Tuesday, March 17, 2009 11:07 AM |
| **To:** | HOGMAN |
| **Cc:** | Sam.CTR.Verma@faa.gov; Sandrah Combs |
| **Subject:** | Midway project |

McDaniel will be taking  action against Northern and the project, and be pursuing all avenues available to ensure that McDaniel is paid in full per the terms of our signed proposal. In addition, McDaniel still fully intends to bill Northern for all overtime incurred at the site, bill for all change directives, and bill for all extra labor incurred by REX electric, and does not accept nor agree with the terms of the termination. Northern was bound to McDaniel's terms and conditions per the signed proposal with McDaniel.  Also, if Northern Builders unjustified termination in any way causes McDaniel lost opportunities on future FAA work, any and all available action will be taken against Northern to recoup the lost opportunity.


**Barry Combs**

Operations/Senior Project Manager

McDaniel Fire Systems -NW Indiana

1055 W. Joliet Rd.

Valparaiso, Indiana 46385

Direct: 219-548-5109

Mobile: 219-916-2817

Fax: 219-548-5182

www.mcdanielfire.com


CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your system. We reserve the right to take any action necessary to protect the information contained herein.

3/18/2009

HOGMAN

| | |
|---|---|
| From: | Barry Combs [bcombs@mcdanielfire.com] |
| Sent: | Wednesday  April 01, 2009 5:39 PM |
| To: | Mike Smith |
| Cc: | Sam.CTR.Verma@faa.gov; HOGMAN; Sandrah Combs; Steve Hubick |
| Subject: | Midway Project, MFS job # 16-01091 |

Mike,

I am following up per your request today to have Rex Electric released from under the contract with McDaniel on the Midway project so as to be paid directly by Parsons. I discussed this with my Division Manager, and offer the following response:

 As Rex Electric's performance was listed as one of the reasons for the removal of McDaniel (see attached letter), we find the end around to be a disturbing development and confusing. Therefore, the tentative direction given at this time is to keep Rex Electric under contract with McDaniel fire systems until the circumstances of the abrupt and unwarranted termination of McDaniel Fire Systems can be ascertained, and or until such a time that McDaniel is assured of prompt payment of all monies due to McDaniel, and or a comparable arrangement of direct payment from Parsons to McDaniel is put in place. Until such time, payment to Rex Electric needs to  be according to any relief as allowed per the terms of our signed contract.  McDaniel asks that all requests for payments be directed to McDaniel per the terms of the contract between Rex Electric and McDaniel Fire Systems, and duly advises Rex Electric that any work performed by Rex Electric in the time frame following McDaniel's termination from the project, and or prior to a resolution of the situation, is at Rex Electric's own risk.

Regards,

**Barry Combs**

Operations/Senior Project Manager

McDaniel Fire Systems -NW Indiana

1055 W. Joliet Rd.

Valparaiso, Indiana 46385

Direct: 219-548-5109

Mobile: 219-916-2817

Fax: 219-548-5162

www.mcdanielfire.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your system. We reserve the right to take any action necessary to protect the information contained herein.

4/4/2009

HOGMAN

**From:** Mike Smith [MSmith@RexElectric.com]
**Sent:** Wednesday, April 01, 2009 6:28 PM
**To:** HOGMAN
**Subject:** FW: Midway Project, MFS job # 16-01091

Tom,

I am confused as to why Rex was named in the termination of McDaniel's.  I was under the impression that Rex had done everything you had asked to complete this work.  I followed the plans and specs to the letter and have worked with Northern and Parsons to complete this project.  When I sat in on the "come to Jesus " meeting you even made a point to tell me I was not on the Hot seat.   Now I have McDaniel's pointing me out as one of the reasons why they were released.

Can you please help me understand.


Thank you,
Michael Smith
**Rex Electric Inc. & Technologies**
Senior Project Manager / Special Systems
Direct Line (630) 424-3767
Direct Fax (630) 424-3867
Cell (630) 913-2593

4/4/2009

HOGMAN

| From: | Mike Smith [MSmith@RexElectric.com] |
|---|---|
| Sent: | Wednesday, April 01, 2009 6:23 PM |
| To: | Barry Combs |
| Cc: | Sam.CTR.Verma@faa.gov; HOGMAN; Sandrah Combs; Steve Hubick |
| Subject: | RE: Midway Project, MFS job # 16-01091 |

Barry,

I am confused as to the content of this email. I tried to call you to discuses this but got your voice mail so I guess I will put it in an email. As we discussed on Monday you had mentioned releasing Rex from your contract so we could all get paid for the Midway project individually. Now you are calling this an "end around" and referring to it as disturbing. I would not have even mentioned it if we had not discussed it this week. I will not comment on Rex's performance on this project. We all know I have done nothing but everything I can to get this project completed and I see nothing in that termination letter that hints to a lack of performance by Rex. I am not sure why the sudden change of heart but understand you have to do what you are directed to do. I will be complete with my contract work by this Friday and will be ready for a full system test on April 9th. I will continue to work with all parties involved to ascertain payment for the work preformed.


Thank you,
Michael Smith
## Rex Electric Inc. & Technologies
Senior Project Manager / Special Systems
Direct Line (630) 424-3767
Direct Fax (630) 424-3867
Cell (630) 913-2593


**From:** Barry Combs [mailto:bcombs@mcdanielfire.com]
**Sent:** Wednesday, April 01, 2009 4:41 PM
**To:** Barry Combs; Mike Smith
**Cc:** Sam.CTR.Verma@faa.gov; HOGMAN; Sandrah Combs; Steve Hubick
**Subject:** RE: Midway Project, MFS job # 16-01091

Here is the termination letter per the attached email.

**Barry Combs**
Operations/Senior Project Manager
McDaniel Fire Systems -NW Indiana
1055 W. Joliet Rd.
Valparaiso, Indiana 46385
Direct: 219-548-5109
Mobile: 219-916-2817
Fax: 219-548-5162
www.mcdanielfire.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your system. We reserve the right to take any action necessary to protect the information contained herein.


4/4/2009

**From:** Barry Combs
**Sent:** Wednesday, April 01, 2009 4:39 PM
**To:** 'Mike Smith'
**Cc:** Sam.CTR.Verma@faa.gov; 'HOGMAN'; Sandrah Combs; Steve Hubick
**Subject:** Midway Project, MFS job # 16-01091

Mike,
I am following up per your request today to have Rex Electric released from under the contract with McDaniel on the Midway project so as to be paid directly by Parsons. I discussed this with my Division Manager, and offer the following response:

 As Rex Electric's performance was listed as one of the reasons for the removal of McDaniel (see attached letter), we find the end around to be a disturbing development and confusing. Therefore, the tentative direction given at this time is to keep Rex Electric under contract with McDaniel fire systems until the circumstances of the abrupt and unwarranted termination of McDaniel Fire Systems can be ascertained, and or until such a time that McDaniel is assured of prompt payment of all monies due to McDaniel, and or a comparable arrangement of direct payment from Parsons to McDaniel is put in place. Until such time, payment to
Rex Electric needs to  be according to any relief as allowed per the terms of our signed contract.  McDaniel asks that all requests for payments be directed to McDaniel per the terms of the contract between Rex Electric and McDaniel Fire Systems, and duly advises Rex Electric that any work performed by Rex Electric in the time frame following McDaniel's termination from the project, and or prior to a resolution of the situation, is at Rex Electric's own risk.


Regards,

**Barry Combs**
Operations/Senior Project Manager
McDaniel Fire Systems -NW Indiana
1055 W. Joliet Rd.
Valparaiso, Indiana 46385
Direct: 219-548-5109
Mobile: 219-916-2817
Fax: 219-548-5162
www.mcdanielfire.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your system. We reserve the right to take any action necessary to protect the information contained herein.

4/4/2009

## HOGMAN

**From:** T VANDUINEN [tvanduinen@chartermi.net]
**Sent:** Thursday, June 11, 2009 8:42 AM
**To:** 'Mary.C-CTR.Spitznagle@faa.gov'
**Subject:** RE: Change Order Status

Hi Mary
I faxed a signed copy of C/O 15 back to you
In addition to C/O #16 I still show FD#13 in the amount of $5,775.00 outstanding
Thanks

THOMAS VANDUINEN
T 989-356-1236
F 989-356-6303
C 989-464-6170
E tvanduinen@chartermi.net

**From:** Mary.C-CTR.Spitznagle@faa.gov [mailto:Mary.C-CTR.Spitznagle@faa.gov]
**Sent:** Wednesday, June 10, 2009 2:02 PM
**To:** tvanduinen@chartermi.net
**Subject:** Fw: Change Order Status

----- Forwarded by Mary C-CTR Spitznagle/AGL/CNTR/FAA on 06/10/2009 01:00 PM -----

Mary C-CTR Spitznagle/AGL/CNTR/FAA

To   tvanduinen@chartermi.net

cc

06/10/2009 12:59 PM

Subject   Change Order Status

Tom,

I have attached Change Order #15 for the back charge of the Final Testing of the Fire Alarm System.  Please
review, sign and send back to my attention.
Change Order #16, repair of the Pre Action System of $3,832.96 is in process.

Thank you, Mary

6'11/2009

**HOGMAN**

| | |
|---|---|
| **From:** | HOGMAN [flyinghogman@chartermi.net] |
| **Sent:** | Thursday, May 07, 2009 9:02 AM |
| **To:** | Parsons Mary Spitznagle; PARSONS Albert.J Fricano |
| **Subject:** | Midway Tower Fire Life Safety |

An immediate concern is getting High Rise Security paid (see attached)
They jumped in and completed the project and should not have their payment held up.
$23,100 needs to be released now so High Rise can be paid.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

5/7/2009

**HOGMAN**

| | |
|---|---|
| **From:** | HOGMAN [flyinghogman@chartermi.net] |
| **Sent:** | Wednesday, May 06, 2009 9:02 AM |
| **To:** | 'Mike Smith' |
| **Cc:** | PARSONS Albert.J Fricano; Parsons Mary Spitznagle |
| **Subject:** | RE: Midway Project |

Mike:

Per our conversation at the end on the project, I am still waiting for a copy of you contract with McDaniel Fire.
Also any additional claims that you may have with them.
The remaining work after McDaniel was terminated was to be billed separately; I am still waiting for that invoice.
We are trying to get this settled as soon as possible and I would appreciate your timely efforts.
Thanks you

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

5/6/2009

**HOGMAN**

| | |
|---|---|
| **From:** | Mary.C-CTR.Spitznagle@faa.gov |
| **Sent:** | Thursday, April 30, 2009 2:40 PM |
| **To:** | josh@rabuselaw.com |
| **Cc:** | Gerald.CTR.Procanick@faa.gov; Sam.CTR.Verma@faa.gov |
| **Subject:** | Midway FLS Project |

Mr. Brotemarkle,

This is to inform you that Parsons has received your letter referencing, the Fire LIfe Safety Project at Midway Airport, Chicago, Illinois, regarding McDaniel Fire Systems and Northern Building Company.
Please direct all of your future correspondence to Gerald Procanick, National Contracts Manager, Parsons, 955 L'Enfant Plaza North, S.W., Suite 8400, Washington, DC 20024, e-mail address; gerald.ctr.procanick@faa.gov. I have forwarded said letter to Mr. Procanick.

Attached is Northern Building's Payment Bond.


Sincerely, Mary Spitznagle



5/1/2009

**HOGMAN**

From: HOGMAN [flyinghogman@chartermi.net]
Sent: Friday, May 01, 2009 9:04 AM
To:     'gerald.ctr.procanick@faa.gov'
Cc:     Parsons Mary Spitznagle

Dear Mr. Procanick:

Please find attached Northern Building's letter for added cost and reasons for McDaniel termination along with cost breakdown
If you have any questions or need any additional information, please do not hesitate to contact me.  Thank you.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

5/1.2009

## hOGMAN

**From:** HOGMAN [flyinghogman@chartermi.net]
**Sent:** Friday, May 01, 2009 8:58 AM
**To:** Kurowski Jim
**Subject:** Heads Up on payment bond claim

Hi Jim
This is just a heads up on a claim that may be filed on my payment bond
It is bond # 1822917 Parsons Infrastructure – Midway Control Tower Project
I contracted with McDaniel Fire to install the fire alarm – they defaulted and I hired another contractor to finish the work
Funny McDaniel still wants to get paid
Parsons is withholding an amount approx equal to the balance of McDaniel's contract ($132,000.00) and has given McDaniels my bond information
So I expect a claim will be forthcoming
If you have any questions or need any additional information, please do not hesitate to contact me.  Thank you.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

**HOGMAN**

| | |
|---|---|
| **From:** | HOGMAN [flyinghogman@chartermi.net] |
| **Sent:** | Wednesday, May 06, 2009 8:54 AM |
| **To:** | 'josh@rabuselaw.com' |
| **Cc:** | PARSONS Albert.J Fricano; Parsons Mary Spitznagle |
| **Subject:** | McDaniel Fire |

Mr. Brotemarkle:
Attached is my letter and attachment regarding the McDaniel Fire, Northern Building Co. issue.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

5/6/2009

**HOGMAN**

| | |
|---|---|
| From: | Josh Brotemarkle [Josh@RabuseLaw.com] |
| Sent: | Wednesday, May 06, 2009 9:21 AM |
| Subject: | Read: McDaniel Fire |

Your message

   To:     Josh Brotemarkle
   Cc:    PARSONS Albert.J Fricano; Parsons Mary Spitznagle
   Subject: McDaniel Fire
   Sent:   Wed, 6 May 2009 07:54:03 -0500

was read on Wed, 6 May 2009 08:20:30 -0500

1



"HOGMAN"
<flyinghogman@chartermi.ne
t>

0/07/2009 10.13 AM

To  Sam CTR /erma'AGLICNTRFAAGWA

cc

bcc

Subject  FW: Midway Fire Life Safety

Hi Sam
McDaniels has some questions (see attached)
I have advised Barry regarding the NICET requirements
Thanks

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

**From:** Barry Combs [mailto:bcombs@mcdanielfire.com]
**Sent:** Tuesday, January 06, 2009 12:35 PM
**To:** Thomas Vanduinen
**Cc:** Ryan Casper
**Subject:** RE: Aurora MFS# 14-02048

Thomas,
A few other things I need to mention and expand upon.

The plans do not call out for the preaction systems to be monitored. The specifications do not specifically address this issue either. I recommend that these systems be monitored, unless there is going to be an alternate means for this to be accomplished. Monitoring of these systems would require the addition of a dual monitor module at each preaction valve.

The specifications indicate that the generator backup is to be monitored if it is to be used as the secondary backup to the fire panel. The bid plans did not show monitoring of the generator. Since the fire panel has been designed with the appropriate battery backup, can we assume that the generator backup is not going to be considered as part of the secondary power for the fire panel, but instead we will be using the battery backup in the fire panel, and that being the reason for the plans not showing the generator being monitored?

Concerning the mechanical/electrical rooms; the specifications only give direction as to the type of detector that should be used if a detector is installed in these rooms. Again, the prints did not show a detector in some of the mechanical/electrical rooms. We just want to make sure that this is in fact the situation and that the customer is not expecting devices in these rooms.

Concerning the smokes in the stairwells: Does the customer want these to be demoed out or replaced with new? Since the detectors are existing, the cost would be minimal for the EC to remove and replace and there would be a cost for the new devices.

*Handwritten notes (right side):*

Basement + 1st floor
✱ E/G room has Change order for Heat detector
Rm 129 has smoke detector
Rm 127 has smoke detector
Rm 130 has smoke detector
all of the other Rms are covered by sprinkler system
(Basement Level)
Rm B-12 Mech Rm should have a Smoke detector
Rm B-21 Boiler Rm a Heat Detector
B-1, B-10, B0-9, B-20 covered by Smoke detector

Does not need to be monitored

see above note

no smokes in stairwell require one on top level

One smoke detector is under contract to be installed at 7th floor level, below exit level

*Handwritten notes (left/bottom):*
Should have detector installed

Ring Field see note ①
convert to unit system,
Ring Field ① clarification

*a waiver will be needed for this*

The 4' clearance in the link is not enough to meet the class 'A' requirements as per the specifications.

Per the route up to the penthouse and the issue with class "A", since there is only 1 device type for each installed device, and since the penthouse is at the end of the class "A" circuit, a break in the wire would only effect the single penthouse device for each device type. The remaining devices in the building would continue to operate. This being the case, the Class "A" function is not really affected, and the fact that the wiring is looped in the same conduit becomes a non issue. This is no different than a wire looped in and out of a smoke detector with a single conduit on a class "A" system.

We will install the AV device as directed, as the specifications do spell out that certain devices require notification. *change order #3*

Regards,

**Barry Combs**
Operations/Senior Project Manager
McDaniel Fire Systems -NW Indiana
1055 W. Joliet Rd.
Valparaiso, Indiana 46385
Direct: 219-548-5109
Mobile: 219-916-2817
Fax: 219-548-5162
www.mcdanielfire.com

*＊ as for the punt house or the cab there is a misunderstanding with the contractor. He was under the understanding he could only go up one mullion, I explain to him that in the other tower we went up one mullion or down another on the other side of cab. This is why it was circuit for class I A*

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your system. We reserve the right to take any action necessary to protect the information contained herein.

**From:** Ryan Casper
**Sent:** Tuesday, January 06, 2009 10:53 AM
**To:** Barry Combs
**Subject:** RE: Aurora MFS# 16-02048
I apologize for the delay!

**Ryan Casper**
Alarm & Detection Designer-Commercial
McDaniel Fire Systems
1055 W Joliet Rd.
Valparaiso, Indiana 46385
Phone: 219-548-5213
Cell: 219-670-3044
rcasper@mcdanielfire.com

♻ Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect

the information contained herein

**From:** Ryan Casper
**Sent:** Friday, December 19, 2003 11:41 AM
**To:** flyinghogman@charterm.net; Barry Combs
**Subject:** Aurora MFS# 14-01048

Tom,

When I was doing a walk through with the field personnel from Rex, we found a few discrepancies.

- There are no detectors in the mechanical room or electrical room. Specification doesn't say we have to
- There are (6) duct detectors when we thought there was only (5)
- There isn't a 4' clearance for the cable chase between the link and the tower
- There is only one pathway up to the penthouse. Class A would not be met here
- There are existing smoke detectors in the stairwells of the tower.
- In room B07, FAA now wants a visual device located in there → *Change order #2*

If you could help me out on these issues, that would be great.

Thanks,

**Ryan Casper**
Alarm & Detection Designer-Commercial
McDaniel Fire Systems
1055 W Joliet Rd.
Valparaiso, Indiana 46385
Phone: 219-548-5213
Cell: 219-670-3044
rcasper@mcdanielfire.com

Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We reserve the right to take any action necessary to protect the information contained herein

*Items of issue*
*1. Preaction system - I check it as spelled out on Dwg F-09 and F-10 connect to init system, using same monitor system + classification on F-010 dwg*
*2. Smoke detector in basement Mech Rm B-12 and possible Heat detector in furnace Rm 21. (change order for this?)*
*3. A smoke detector is required on top of stair well 7th floor only, which is to be installed under Contract*
*4. Init house was explained to Contractor*

**HOGMAN**

| | |
|---|---|
| **From:** | HOGMAN [flyinghogman@chartermi.net] |
| **Sent:** | Friday. February 20, 2009 11:28 AM |
| **To:** | Parsons Sam Verma |
| **Subject:** | Midway Tower |

Hi Sam
I have a meeting scheduled for 1:00 pm Monday (Rex could not make it in the morning)
Rex and McDaniel and myself will be there.
Rex is to install the phone conduit today
Gus just faxed me concerns Clint the safety person has with us working on top of the elevator and getting crushed.
I am not going to schedule the elevator work until we can get this resolved.
Thanks

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

2/20/2009

**HOGMAN**

| | |
|---|---|
| **From:** | HOGMAN [flyinghogman@chartermi.net] |
| **Sent:** | Friday, February 20, 2009 11:15 AM |
| **To:** | McDaniels Barry Combs |
| **Subject:** | Midway Tower Project |

Hi Barry
I have set up a meeting for Monday February 23, 2009 at 1:00PM
Sam Verma will be there along with myself and Mike Smith from Rex
I would like you or some one from McDaniel to be there so we can make sure we are on track to be ready for the
start of the testing on March 9th
Also be sure to bring the monitoring agreement.
Thank you

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

2/20/2009

HOGMAN

From:       Bob Dondzik [bdondzik@hrsschicago.com]
Sent:       Monday, April 13, 2009 5:19 PM
To:         aaron.vernell@faa.gov
Cc:         flyinghogman@charterml.net; rjd1969@hotmail.com
Subject:    Midway ATCT

Aaron,

This letter shall serve as acknowledgement of the call received by you this afternoon, April 13, 2009 at approximately 3:00PM regarding the pre-action supervisory alarm received at the ATCT main FACP panel. As discussed on the phone, the supervisory condition at the affected pre-action panel must be corrected and cleared. Once this panel is clear of any alarm condition (alarm, trouble or supervisory) the main FACP will automatically clear its supervisory condition.

If you have any further questions or concerns, please feel free to contact me at 708/699-2152. Thank you.

Regards,

Robert J Dondzik
Systems Engineering Manager
High Rise Security Systems, LLC
762 Burr Oak Drive
Westmont, IL 60559
630/920-0100
630/920-0470 FAX
bdondzik@hrsschicago.com

**HOGMAN**

| | |
|---|---|
| **From:** | T VANDUINEN [tvanduinen@chartermi.net] |
| **Sent:** | Thursday, September 10, 2009 6:32 PM |
| **To:** | 'Gerald.CTR.Procanick@faa.gov' |
| **Subject:** | RE: GL-0184 Chicago Midway Airport Fire Life Safety Upgrade, Subcontract No. 741340-30057 |

Gerry:
Please find attached copies of the invoices for High Rise Security and Simplex/Grinnell.
Thank you for your consideration.
I appreciate our phone conversation today.
I, too, would like to preserve our working relationship and continue our partnership on future projects.
To that goal I continue to endeavor.

THOMAS VANDUINEN
T 989-356-1236
F 989-356-6303
C 989-464-6170
E tvanduinen@chartermi.net

---

**From:** Gerald.CTR.Procanick@faa.gov [mailto:Gerald.CTR.Procanick@faa.gov]
**Sent:** Monday, September 07, 2009 11:18 AM
**To:** tvanduinen@chartermi.net
**Cc:** Albert.J-CTR.Fricano@faa.gov
**Subject:** GL-0184 Chicago Midway Airport Fire Life Safety Upgrade, Subcontract No. 741340-30057
**Importance:** High

Tom

Please see the attached correpondence regarding the above referenced subcontract.  Parsons and
Northern Building have maintained an excellent working relationship over the years, and we remain
hopeful that the current situation can be resolved so that our partnership can continue on future projects.
Please contact me to discuss this matter further.  I hope to hear from you within the next few days.

Regards,

Gerry

*********************
Gerald Procanick
Parsons TSSC III
National Contracts Manager
955 L'Enfant Plaza North, S.W., Suite 8400
Washington, DC  20024
(202) 651-2517 (o)

9/10/2009

## HOGMAN

**From:**   HOGMAN [flyinghogman@chartermi.net]
**Sent:**   Saturday, April 04, 2009 11:26 AM
**To:**   Parsons Sam Verma
**Subject:** Midway Tower

Hi Sam

Just a follow up on the Midway Fire Life Safety
The CAI on Fri 04/03/2009 had no exceptions
The 100% Fire alarm test had no issues and is ready for Tom Allen on the 9th
The only items remaining are the door for the fire alarm cabinet and the spare parts cabinet both of which will be done on the 9th.
High Rise will have the O & M's & warranty by the 9th and hopes to have the as-built drawings also
High Rise has included training so that can be scheduled as needed.

THOMAS VANDUINEN
NORTHERN BUILDING CO
1209 W WASHINGTON AVE
ALPENA MI 49707-2972
T 989-356-1236
F 989-356-6303
C 989-464-6170
E flyinghogman@chartermi.net

5 16/2009

**HOGMAN**

| | |
|---|---|
| **From:** | Barry Combs [bcombs@mcdanielfire.com] |
| **Sent:** | Tuesday, March 10, 2009 6:12 PM |
| **To:** | HOGMAN; Sam.CTR.Verma@faa.gov |
| **Cc.** | Steve Hubick; Mike Smith |
| **Subject:** | Midway Airport startup |

Tom/Sam,

Just as a reminder, per the direction of Steve Hubick, McDaniel has agreed not to hinder the progress of this project, but McDaniel cannot certify the commissioning of the system until all open issues are resolved. This is the direction I have given to my technician. Also, I have been in contact with my tech numerous times today, and it appears that there has been multiple redo's at the site, and much indecision by the FAA representative on what he wants, above and beyond the approved plans, which is dragging out the testing of this job. It has also been relayed to me that when the work for a change is being done (per the request of the FAA), that instead of continuing with the test in other areas, all forward progress is stopped until the issue is resolved.

Also, here is a short list of some of the other items that will need to be addressed:

- Multiple reprogramming of the system (stair pressure fans) above and beyond the approved matrix.
- Rewiring the Viking panels to accommodate the supervisory switch.
- Loss of production while the FAA representative read a book after directing new work at the site - testing should have continued in other areas.
- For the rewire of the dampers tonight, REX electric had to send a service tech to finish this work. This work will be charged at the full overtime service rate.
- For the return trip of the filter, due to the pressure switch not resetting, this will be charged at the full overtime service rate (existing switch).

It would be to everyone's best interest to meet as soon as possible to finalize these issues so that this job can be closed out.

Regards,

**Barry Combs**

Operations/Senior Project Manager

McDaniel Fire Systems -NW Indiana

1055 W. Joliet Rd.

Valparaiso, Indiana 46385

4/11/2009